STEVEN W. MYHRE
Acting United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
cristina.silva@usdoj.gov
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAUL CASAREZ,<br><br>　　　　　Defendant. | 2:16-mj-00723-NJK<br><br>Stipulation to Continue the<br>Preliminary Hearing<br>(*Fourth Request*) |

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, counsel for the United States of America, and REBECCA A. LEVY, Assistant Federal Public Defender, counsel for Defendant, that the preliminary hearing date in the above-captioned matter, currently scheduled for March 24, 2017, at 4:00 p.m., be vacated and continued for not less than fourteen (14) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1.　　The parties request a continuance so they may continue to engage in plea negotiations. Additional time is needed to complete the process.

2.　　The parties agree to the continuance.

1

3. The Defendant is in custody but does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

6. The additional time requested by this stipulation, is allowed, with the Defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>fourth</u> request for a continuation of the preliminary hearing.

DATED this 23rd day of March, 2017.

Respectfully submitted,

RENE L. VALLADARES  
Federal Public Defender

\_\_\_\_\_//s//\_\_\_\_\_  
REBECCA A. LEVY  
Counsel for Defendant  
RAUL CASAREZ

STEVEN W. MYHRE  
Acting United States Attorney

\_\_\_\_\_//s//\_\_\_\_\_  
CRISTINA D. SILVA  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-mj-00723-NJK |
| Plaintiff, | |
| vs. | ORDER |
| RAUL CASAREZ, | |
| Defendant. | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties request a continuance so they may continue to engage in plea negotiations. Additional time is needed to complete the process.

2. The parties agree to the continuance.

3. The Defendant is in custody but does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

6. The additional time requested by this stipulation, is allowed, with the Defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>fourth</u> request for a continuation of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the Defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for March 24, 2017, at the hour of 4:00 p.m., be vacated and continued to April 17, 2017, at the hour of 4:00 p.m., in courtroom 3C.

DATED 24th day of March, 2017.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

4