# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAUL CASAREZ,<br><br>    Defendant. | Case No. 2:17-cr-113-KJD<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the Deadline to file Objections to Report and Recommendation ECF No. 45, currently set for July 10, 2017 and the Deadline to file Objections to Report and Recommendation ECF No. 46, currently set for July 12, 2017, each be extended thirty (30) days respectively to August 9, 2017 for ECF No. 45 and August 11, 2017 for ECF No. 46.

DATED this  10th  of    July, 2017.

                                              UNITED STATES DISTRICT JUDGE