RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Raul Casarez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RAUL CASAREZ,<br><br>        Defendant. | Case No. 2:17-cr-113-KJD-GWF<br><br>**STIPULATION TO EXTEND OBJECTION DEADLINE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Action United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Raul Casarez, that the Deadline to file Objections to Report and Recommendation ECF No. 45, currently set for August 9, 2017 and the Deadline to file Objections to Report and Recommendation ECF No. 46, currently set for August 11, 2017, each be extended thirty (30) days respectively to September 8, 2017 for ECF No. 45 and September 11, 2017 for ECF No. 46.

This Stipulation is entered into for the following reasons:

1. The defendant is detained but agrees with the continuance.

2. Since the filing of the previous stipulation, undersigned defense counsel encountered delay in the process of ordering the transcript for the hearings and will need additional time to receive and review the transcripts in preparation for filing Objections to the Reports and Recommendations.

3. The parties agree to the need for a brief extension.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

This is the second request for extension filed herein.

DATED this 2nd day of August, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Cristina D. Silva*<br>By_____<br>CRISTINA D. SILVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-113-KJD-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| RAUL CASAREZ, | |
| Defendant. | |

Based on the Stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the Deadline to file Objections to Report and Recommendation ECF No. 45, currently set for August 9, 2017 and the Deadline to file Objections to Report and Recommendation ECF No. 46, currently set for August 11, 2017, each be extended thirty (30) days respectively to September 8, 2017 for ECF No. 45 and September 11, 2017 for ECF No. 46.

DATED this __17__ of __August__, 2017.

_____
UNITED STATES            JUDGE