DAYLE ELIESON
United States Attorney
District of Nevada
CRISTINA D. SILVA
Nevada Bar No. 13760
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087
cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAUL CASAREZ,<br><br>Defendant. | Case No.: 2:17-cr-00113-KJD-PAL<br><br>STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS (ECF No. 203) - |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney; and Cristina D. Silva, Assistant United States Attorney, counsel for the United States of America, and Rebecca Levy, Assistant Federal Public Defender, counsel for defendant RAUL CASAREZ, for the reasons set forth herein, that the Government's response to defendant's motion to suppress (ECF No. 203), currently due on March 7, 2018, be continued to March 16, 2018 the following reasons:

1. Counsel for the Government needs additional time to speak with its investigators in order to respond to the motion. Scheduling conflicts have delayed

those conversations, however that issue will be resolved shortly and will facilitate filing the Government's response.

2. Further, Counsel for the United States will be out of the District on March 12, 13, and 14, 2018.

3. The United States contacted counsel for the Defendant who does not object to a brief continuance.

4. The defendant is in custody and but does not object to the brief continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice because it will prevent the Government filing a complete response taking into account due diligence.

6. This is the <u>first</u> request for continue the response to the motion to suppress.

DATED this 7th day of March, 2018.

DAYLE ELIESON
United States Attorney

/s/
REBECCA LEVY, ESQ.
Assistant Federal Public Defender
Counsel for Defendant Casarez

/s/
CRISTINA D. SILVA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAUL CASAREZ,

    Defendant.

Case No.: 2:17-cr-00113-KJD-GWF

**ORDER**

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government needs additional time to speak with its investigators in order to respond to the motion. Scheduling conflicts have delayed those conversations, however that issue will be resolved shortly and will facilitate filing the Government's response.

2. Further, Counsel for the United States will be out of the District on March 12, 13, and 14, 2018.

3. The United States contacted counsel for the Defendant who does not object to a brief continuance.

4. The defendant is in custody and but does not object to the brief continuance.

1

5. Additionally, denial of this request for continuance could result in a miscarriage of justice because it will prevent the Government filing a complete response taking into account due diligence.

6. This is the <u>first</u> request for continue the response to the motion to suppress.

### ORDER

IT IS ORDERED that the Government's deadline to respond to the Defendant's motion to suppress, currently scheduled for March 7, 2018, be vacated and continued to March 16, 2018.

DATED this <u>14th</u> day of March, 2018.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE