RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Raul Casarez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL CASAREZ,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00113-KJD-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Raul Casarez, that the Revocation Hearing currently scheduled on January 4, 2023, at 10:00 a.m., be vacated and continued to a time convenient to the Court but no sooner than one (1) week.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant will be out of the country on currently scheduled date and will be back on January 10, 2023.

　　　　2.　　The case has resolved with a potential agreement with the Government.

　　　　3.　　The defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 5th day of December 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    */s/ Kimberly A. Sokolich*<br>By_____<br>KIMBERLY A. SOKOLICH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RAUL CASAREZ,<br><br>          Defendant. | Case No. 2:17-cr-00113-KJD-GWF<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Revocation Hearing currently scheduled on Wednesday, January 4, 2023, at the hour of 10:00 a.m., be vacated and continued to January 18, 2023 at the hour of 10:30 a.m. in courtroom 4A.

DATED this 6th day of December 2022.

_____
UNITED STATES DISTRICT JUDGE