RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Raul Casarez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>RAUL CASAREZ,<br><br>              Defendant. | Case No. 2:17-cr-00113-KJD-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Raul Casarez, that the Revocation Hearing currently scheduled on January 18, 2023, at 10:30 a.m., be vacated and continued to a time convenient to the Court but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time; defense counsel is out the country until January 10th and will be preparing for trial that will begin on January 23, 2023, in *United States v. Magee*, 2:21-cr-00171-GMN-VCF.

2. The case has resolved with a potential agreement with the Government.

3. The defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth request for continuance filed herein.

DATED this 4th day of January 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   |   |
|    /s/ Rebecca A. Levy<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    /s/ Kimberly A. Sokolich<br>By_____<br>KIMBERLY A. SOKOLICH<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAUL CASAREZ,<br><br>        Defendant. | Case No. 2:17-cr-00113-KJD-GWF<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Revocation Hearing currently scheduled on Wednesday, January 18, 2023, at the hour of 10:30 a.m., be vacated and continued to March 21, 2023 at the hour of 11:00 a.m. in courtroom 4A.

DATED this 10th day of January 2023.

                                                UNITED STATES DISTRICT JUDGE
                                                KENT J. DAWSON